No. 71–568.   ALOMAR *v.* DWYER ET AL.   C. A. 2d Cir. Certiorari denied.

No. 71–5216.   SMITH *v.* HENRY, PRISON ADMINIS-TRATOR, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 71–5220.   JAMES *v.* IDAHO.   Sup. Ct. Idaho.   Certiorari denied.

No. 71–5263.   SCHERER *v.* HOCKER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 71–5289.   EVANS *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–5298.   FERRIS *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 71–5306.   FLEMING *v.* PATE, WARDEN, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 71–5311.   BROOKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 71–5353.   PARKS *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 71–5410.   RICHARDSON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–5411.   SPEARS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5412.   WATKINS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.